# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>43 Grove Ave., Manchester, New Hampshire<br>Both the "front" and "back" houses | Case No. 19-mj-271-01-AJ |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of New Hampshire, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC §841(a)(1) | Distribution of a Controlled Substance |

The application is based on these facts:

See Affidavit of Agent Clifford Ellston

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Clifford Ellston
*Applicant's signature*

Clifford Ellston, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/19/2019

*Judge's signature*

City and state: Concord, New Hampshire    Andrea K. Johnstone, United States Magistrate Judge